# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                    ltrust@osbornlawpc.com

> This request is GRANTED.  SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> April 22, 2025

**VIA ECF**

Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

>          Re:    *Atkins v. Commissioner of Social Security*
>                 Civil Action No. 1:24-cv-07827-JW

Dear Judge Willis,

    We write on behalf of plaintiff, Alnisa Atkins, and with the consent of the defendant, to request a 30-day extension of time to serve plaintiff's motion for judgment on the pleadings per the Court's October 23, 2024 Scheduling Order.  Plaintiff's motion is due on April 23, 2025.  This is the parties' first request for an extension.  The reason for this request is that Plaintiff's counsel currently have overlapping Social Security brief deadlines in the upcoming weeks.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a.   Defendant served the Administrative Transcript via hard copy on **January 21, 2025** and filed same on **March 24, 2025**;

b.   Plaintiff served the written settlement proposal on **February 20, 2025**;

c.   The parties filed a joint letter advising the Court that they were unable to resolve the case on **March 24, 2025**;

d.   Plaintiff to file her motion for judgment on the pleadings on or before **May 23, 2025**;

43 West 43rd Street, Suite 131            Telephone 212-725-9800        osbornlawpc.com
New York, New York 10036                  Facsimile  212-500-5115        info@osbornlawpc.com

Honorable Jennifer E. Willis
April 18, 2025
Page Two

      e.  Defendant to file its response/cross-motion on or before **July 22, 2025**; and

      f.  Plaintiff to file her reply (if any) on or before **August 5, 2025.**

Thank you for your consideration of this request.

                              Respectfully submitted,


                              s/Daniel A. Osborn
                              Daniel A. Osborn
                              OSBORN LAW, P.C.
                              43 West 43rd Street, Suite 131
                              New York, New York 10036
                              Telephone:    212-725-9800
                              Facsimile:    212-500-5115
                              dosborn@osbornlawpc.com


cc: Graham Morrison, Esq. (by ECF)