**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
  A.A.,

                            Plaintiff,                              24 **CIVIL** 7827 (JW)

           -v-                                                        **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Stipulation and Order dated March 23, 2026, the Court ultimately finds ALJ Schulz's decision is

supported by substantial evidence, and it must therefore be sustained under the deferential standard of review

applicable here. See DuBois v. Comm'r of Soc. Sec., No. 20 Civ. 8422 (BCM), 2022 WL 845751, at *8

(S.D.N.Y. Mar. 21, 2022) ("To be sure, there is some evidence in the record that would support the conclusion

that plaintiff had greater limitations than those the ALJ built into her RFC. But that is not the test."); Brault v.

Soc. Sec. Admin., 683 F.3d 443, 448 (2d Cir. 2012) (per curiam) ("The substantial evidence standard means

once an ALJ finds facts, [a court] can reject those facts only if a reasonable factfinder would *have to conclude*

otherwise.") (emphasis in original) (citation and internal quotation marks omitted). Therefore, Plaintiff's motion

for judgment on the pleadings is **DENIED** and the case is **DISMISSED**. Judgment is entered in favor of the

Commissioner; accordingly, the case is closed.

**Dated:** New York, New York

        March 24, 2026


                                        **TAMMI M. HELLWIG**
                              _____
                                          **Clerk of Court**


                    **BY:**              *K. mango*
                              _____
                                          **Deputy Clerk**